UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMERISURE INSURANCE COMPANY, a Michigan corporation and AMERISURE MUTUAL INSURANCE COMPANY, a Michigan corporation, <br><br> Plaintiffs, <br><br> -vs- <br><br> ALBANESE POPKIN THE OAKS DEVELOPMENT GROUP, L.P., ALAN GODDARD and ANNETTE GODDARD, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE No. 09-81213 MARRA/JOHNSON <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' MOTION TO STAY PROCEEDINGS

COME NOW, Plaintiffs, AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY ("Amerisure") by and through undersigned counsel, and hereby file their Motion to Stay Proceedings, and state in support:

1. In this case Amerisure seeks a declaration that it owes no duty to defend or indemnify Albanese-Popkin the Oaks Development Group, L.P. ("Albanese") in a lawsuit originally filed in state court in Florida on June 12, 2009 by Alan and Annette Goddard ("the Goddards"). Amerisure maintains that there is no coverage for the Goddards' claim pursuant to the "Total Pollution Exclusion" contained in the insurance policies issued by Amerisure to Albanese.

2. Amerisure requests a stay of the proceedings in the declaratory judgment action pending before this Court in order to conduct a full and complete investigation of new allegations asserted in an Amended Complaint filed in the underlying lawsuit by the Goddards

on September 17, 2009. A copy of the Amended Complaint in the underlying lawsuit is attached as <u>Exhibit A</u>.

3.  On the same day the Goddards filed the Amended Complaint in the underlying lawsuit, they simultaneously served their Answer and Counterclaim to Amerisure's complaint in the instant case [DE #12]. The relief sought in the Goddards' Counterclaim is predicated entirely on the allegations of the Amended Complaint. A copy of Goddard's Answer and Counterclaim is attached as <u>Exhibit B</u>.

4.  District courts possess the inherent power to stay a case. *See Global Aero., Inc. v. Platinum Jet Mgmt., LLC,* 2009 U.S. Dist. LEXIS 81380 (S.D. Fla. 2009) *citing Landis v. North American Co.,* 299 U.S. 248 (1936).

5.  This court should exercise its discretion and stay the parties' respective actions for declaratory relief. A brief stay of 60 days will permit Amerisure to conduct a thorough investigation of new allegations of the Amended Complaint in the underlying lawsuit, and evaluate the effect, if any, the Amended Complaint has on the matters at issue in this declaratory action.

6.  No party to this lawsuit will suffer prejudice should a stay be granted. Amersiure's action for declaratory relief has been pending for less than 60 days - since August 20, 2009. The pleadings are not yet closed. As of the filing of the instant motion, Albanese has yet to file a responsive pleading to Amerisure's complaint, and has requested that Amerisure consider the allegations of the Amended Complaint. No discovery has taken place and the parties have yet to schedule a discovery conference.

7.  If this Court is not inclined to grant the requested stay, Amerisure alternatively requests that this Court grant it an extension of sixty (60) days to file its answer or other pleading to the Goddards' Counterclaim.

**WHEREFORE,** based on the foregoing, Plaintiffs respectfully request that the Court:

1.  GRANT Plaintiffs' Motion to Stay Proceedings;

2.  Enter an Order declaring that: (1) the case shall be stayed for 60 days from the date the Court's order is executed; and (2) Amerisure shall have 14 days from the date the stay is lifted to file a responsive pleading to Goddard's Answer and Counterclaim; or

3.  Alternatively, enter and Order wherein Amerisure shall be granted an additional 60 days from the date this Court's Order is executed to file its answer or other pleading to the Goddards' Counterclaim.

Respectfully submitted,

s/JOSH LEVY
Josh Levy
Florida Bar Number: 668311
E-mail: jlevy@josephsjack.com
Lewis Jack, Jr.
Florida Bar Number: 162756
E-mail:ljack@josephsjack.com
Josephs Jack
P.O. Box 330519
Miami, Florida 33233-0519
Telephone: (305) 445-3800
Fax: (305) 448-5800
*Attorneys for Plaintiffs, Amerisure Insurance Company and Amerisure Mutual Insurance Company*

## **NOTICE OF ELECTRONIC FILING**

I HEREBY CERTIFY that on October 2, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

JOSEPHS JACK
*Attorneys for Plaintiff, Amerisure Insurance Company and Amerisure Mutual Insurance Company*
Post Office Box 330519
Miami, FL 33233-0519
Tel: (305) 445-3800
Fax: (305) 448-5800
E-mail: jlevy@josephsjack.com
ljack@josephsjack.com

By: s/JOSH LEVY
JOSH LEVY
Florida Bar Number 668311
~~LEWIS JACK, JR.~~
Florida Bar Number: 162756