UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81213-CIV-MARRA

AMERISURE INSURANCE COMPANY,
a Michigan corporation and AMERISURE
MUTUAL INSURANCE COMPANY,
a Michigan corporation,

    Plaintiffs,

vs.

ALBANESE POPKIN THE OAKS
DEVELOPMENT GROUP, L.P.,
ALAN GODDARD and ANNETTE
GODDARD,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant, Albanese-Popkin the Oaks Development Group, L.P.'s Motion to Dismiss Plaintiffs' Complaint for Declaratory Judgment [DE 22] and Plaintiffs' Motion for Leave to File Proposed Amended Complaint for Declaratory Judgment [DE 24].  The sole deficiency argued by the movants to the motion to dismiss is that Amerisure's complaint does not attach and incorporate the operative amended Goddard complaint filed in the underlying lawsuit.  This deficiency has been cured by Amerisure's proposed Amended Complaint (see Exhibit B).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant, Albanese-Popkin the Oaks Development Group, L.P.'s Motion to Dismiss Plaintiffs' Complaint for Declaratory

Judgment [DE 22] is DENIED; Plaintiffs' Motion for Leave to File Proposed Amended Complaint for Declaratory Judgment [DE 24] is GRANTED.

The Plaintiffs' Amended Complaint shall be separately filed and served via electronic filing through CM/ECF. Defendants shall file their responses to the Amended Complaint within 21 days from the date of filing.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of December, 2009.

                                                KENNETH A. MARRA
                                                United States District Judge

copies to:

All counsel of record
Magistrate Judge Johnson