UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81213-CIV-MARRA

AMERISURE INSURANCE COMPANY,
a Michigan corporation and AMERISURE
MUTUAL INSURANCE COMPANY,
a Michigan corporation,

    Plaintiffs,

vs.

ALBANESE POPKIN THE OAKS
DEVELOPMENT GROUP, L.P.,
ALAN GODDARD and ANNETTE
GODDARD,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiffs' Opposition to Defendants' Motion for Extension of time to File Oppositions to Plaintiffs' Motion for Summary Judgment [DE 52]. Plaintiffs object that the Court ruled on Defendants' Motion for Extension of Time before the expiration of the response deadline and before they had an opportunity to file their response. The Court ruled expeditiously by endorsed order on the motion because it believed Plaintiffs' objections were properly represented in the Defendants' motion and waiting for a more detailed response was unnecessary and would have unduly delayed the resolution of the matter. Plaintiffs now request that this Court reconsider its order extending the time in which the Defendants must file their briefs and shorten the time to May 7, 2010. The Court has

carefully considered Plaintiffs' opposition memorandum, and Defendants' reply. In view of the time frames in the scheduling order in effect, and the fact that a party opposing summary judgment should have sufficient time to conduct discovery before responding to the motion, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' request is DENIED. Defendants shall have until May 28, 2010 to file oppositions to Plaintiffs' Motion for Summary Judgment, as previously allowed. *See* DE 50.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 16th day of April, 2010.

KENNETH A. MARRA
United States District Judge

copies to:
All counsel of record