UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

CASE NO. 09-81213- CIV-MARRA/JOHNSON

AMERISURE INSURANCE COMPANY, a
Michigan corporation and AMERISURE
MUTUAL INSURANCE COMPANY, a
Michigan corporation,

    Plaintiffs,

    -vs-

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, L.P., ALAN
GODDARD and ANNETTE GODDARD,

    Defendants.
_____/

**DEFENDANT'S NOTICE OF WITHDRAWAL OF
NOTICE OF FILING SUPPLEMENTAL AUTHORITY [D.E. #83]**

    Defendant, Albanese-Popkin The Oaks Development Group, L.P. ("Albanese"), by and through its undersigned counsel, and hereby withdraws the Notice of Filing Supplemental Authority [D.E. #83] filed on June 3, 2010. Defendant's counsel recently learned on June 8, 2010, Judge Gold entered an Order vacating the previous order staying Case No. 10-60273. Given that such Order granting the stay has been vacated and in the interest of candor to this Court, and not for the reasons set forth in Plaintiffs' Response to Defendant's Notice of Filing Supplemental Authority [DE #84] it is appropriate that Defendant withdraw such Notice of Filing Supplemental Authority [DE #83].

## CERTIFICATE OF ELECTRONIC FILING

  I hereby certify that on June 10, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized matter for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                SACHS SAX CAPLAN
                Attorneys for Defendant, Albanese-Popkin
                 The Oaks Development Group, L.P.
                6111 Broken Sound Parkway NW, Suite 200
                Boca Raton, Florida 33487
                Tele: (561) 994-4499
                Fax: (561) 994-4985
                E-Mail lfriedlieb@ssclawfirm.com

                By: /s/ Lysa M. Friedlieb
                   Lysa M. Friedlieb
                   Florida Bar No. 898538

## SERVICE LIST

Josh Levy, Esquire
Josephs Jack
P.O. Box 330519
Miami, FL 33233-0519
Tele:   305-445-3800
Fax:    305-448-5800
Email:  jlevy@josephsjack.com
*Attorney for Plaintiffs, Amerisure Insurance Co. and Amerisure Mutual Insurance Co.*

Donald Elder, admitted pro hac vice
Zhanna Rondel, admitted pro hac vice
Tressler LLP
233 South Wacker Drive
22nd Floor
Chicago, Florida 60606-6308
Tele. 312-627-4000
delder@tresslerllp.com
zrondel@tresslerllp.com
*Attorney for Plaintiffs, Amerisure Insurance Co. and Amerisure Mutual Insurance Co.*

Scott N. Gelfand, Esquire
Scott N. Gelfand, P.A.
5501 University Drive, Suite 101
Coral Sprints, FL 33067
Tele:   954-255-7900
Fax:    954-255-7905
Email:  scott@gelfandpa.com
*Attorney for Defendants, Alan Goddard and Annette Goddard*