UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81213-CIV-MARRA

AMERISURE INSURANCE COMPANY,
a Michigan corporation and AMERISURE
MUTUAL INSURANCE COMPANY,
a Michigan corporation,

       Plaintiffs,

vs.

ALBANESE POPKIN THE OAKS
DEVELOPMENT GROUP, L.P.,
ALAN GODDARD and ANNETTE
GODDARD,

       Defendants.
_____/

### ORDER DENYING MOTION FOR LEAVE TO FILE SUR-REPLY

THIS CAUSE is before the Court upon Plaintiffs', Amerisure Insurance Company and Amerisure Mutual Insurance Company, Motion For Leave to File a Sur-Reply [DE 116]. This motion does not contain the required statement certifying that counsel for the movant has either conferred with all parties and affected non-parties in a good faith effort to resolve the issues raised in the motion, or has made reasonable efforts to confer, which efforts were to be identified with specificity. Every motion also must contain a statement certifying whether the other parties and affected non-parties oppose or do not oppose the motion. *See* S.D. Fla. L.R. 7.1(A)(3).

Failure to follow the Local Rules are grounds for the Court to deny the motion and impose on counsel an appropriate sanction, which may include an order to pay

the amount of the reasonable expenses incurred because of the violation, including a reasonable attorney's fee.  S.D. Fla. L.R. 7.1(a)(3).  This is not the first time Plaintiffs have not filed the appropriate conferral certification.  Indeed, Plaintiffs have, on at least four other occasions, made the same error.  *See* Order Staying Discovery, DE 123, at n.1.  For failure to comply with Local Rule 7.1(a)(3), it is hereby

ORDERED AND ADJUDGED that Plaintiffs', Amerisure Insurance Company and Amerisure Mutual Insurance Company, Motion For Leave to File a Sur-Reply [DE 116] is DENIED without prejudice.  Since Defendants did not respond to the motion, attorney's fees will not be sanctioned this time.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of August, 2010.

KENNETH A.  MARRA
United States District Judge

Copies furnished to:
All counsel of record

2