UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMERISURE INSURANCE COMPANY, a )
Michigan corporation and AMERISURE )
MUTUAL INSURANCE COMPANY, a )
Michigan corporation, )
 )
      Plaintiffs, )    CASE No. 9:09-cv-81213-KAM
 )
      -vs- )
 )
ALBANESE POPKIN THE OAKS )
DEVELOPMENT GROUP, L.P., ALAN )
GODDARD and ANNETTE GODDARD, )
 )
      Defendants. )
_____)

**PLAINTIFFS', AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, MOTION FOR LEAVE TO FILE A SUR-REPLY**

      Plaintiffs, AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY (herein collectively "Amerisure"), pursuant to Local Rule 7.1(c), move this Court for leave to file a sur-reply brief to respond to new matters asserted in Defendants', Alan and Annette Goddard (herein "Goddards"), Reply Memorandum of Law in Support of their Cross-Motion for Summary Judgment. [D.E. 114]. In support thereof, Amerisure states as follows:

      On June 7, 2010, the Goddards filed a Cross-Motion For Summary Judgment. [D.E. 86]. Amerisure filed its brief in response to the Cross-Motion on June 30, 2010. [D.E. 108]. On July 9, 2010, the Goddards filed their Reply Memorandum of Law In Support of Their Cross-Motion For Summary Judgment, which includes new assertions based on jurisprudence not previously cited in the Goddards' Cross-Motion for Summary Judgment or in its response to Amerisure's Motion for Summary Judgment, regarding the interpretation of the Contractor Job Site Exception to the Total Pollution Exclusion. Amerisure has not been provided with an opportunity to address

1

the Goddards' new assertions. Amerisure believes that its response to these specific new allegations is pertinent to the cross-motion for summary judgment, and will assist the Court in deciding all of the parties' motions for summary judgment. Amerisure further believes that, in equity and good conscience, it should be permitted an opportunity to respond to these new matters.

Counsel for Amerisure reached out to the Goddards' counsel on August 23, 2010 by telephone and follow up email (with a copy to defendant Albanese Popkin The Oaks Development Group, L.P.), see Exhibit A, to seek consent to permit Amerisure to file a sur-reply to the Goddards' Reply Memorandum of Law in Support of their Cross-Motion for Summary Judgment in accordance with S.D. Fla.L.R. 7.1(c). Counsel for the Goddards, Scott Gelfand, responded on August 24, 2010 via email that the "Goddards do not consent to the filing of a Sur reply memorandum." See Exhibit B. Counsel for defendant Albanese has not weighed in on Amerisure's request. Insofar as this Court denied Amerisure's earlier Motion for Leave to File a Sur-Reply without prejudice, Amerisure now respectfully requests that it be granted the following relief.

**WHEREFORE,** Plaintiffs, AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, respectfully request that they be granted leave by this Court to file, *instanter*, their Sur-Reply Memorandum to respond to Defendants' reply brief in support of their cross-motion for summary judgment, a true and correct copy of which is attached hereto as Exhibit C.

**LOCAL RULE 7.1(a)(3) CERTIFICATE OF GOOD FAITH CONFERENCE**

I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to do so.

    s/ Donald E. Elder_____
    Donald E. Elder, admitted *pro hac vice*
    E-mail: delder@tresslerllp.com
    TRESSLER LLP
    233 South Wacker Drive, 22nd Floor
    Chicago, Illinois 60606-6308
    Tel: (312) 627-4000

DATED this 25th day of August, 2010.

    Respectfully submitted,

    s/ Donald E. Elder_____
    Donald E. Elder, admitted *pro hac vice*
    E-mail: delder@tresslerllp.com
    Zhanna Rondel, admitted *pro hac vice*
    E-Mail: zrondel@tresslerllp.com
    TRESSLER LLP
    233 South Wacker Drive, 22nd Floor
    Chicago, Illinois 60606-6308
    (312) 627-4000
    *Attorneys for Plaintiffs, Amerisure Insurance Company and Amerisure Mutual Insurance Company*

Co-counsel:
Lew Jack, Esq.
Josephs Jack
P.O. Box 330519
Miami, Florida 33233-0519
Telephone:  (305) 445-3800
Fax: (305) 448-5800

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        JOSEPHS JACK
        Attorneys for Plaintiffs, *Amerisure Insurance Company and Amerisure Mutual Insurance Company*
        Post Office Box 330519
        Miami, FL 33233-0519
        Tel:    (305) 445-3800
        Fax:   (305) 448-5800
        E-mail: jlevy@josephsjack.com

By: \_s/JOSH LEVY_____
        JOSH LEVY
        Florida Bar Number 668311