UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

| | |
|---|---|
| AMERISURE INSURANCE COMPANY, a Michigan Corporation and AMERISURE MUTUAL INSURANCE COMPANY, a Michigan Corporation, | ) ) ) ) |
| | ) CASE NO.: 09-81213-CIV- MARRA/JOHNSON |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) |
| ALBANESE POPKIN THE OAKS DEVELOPMENT, L.P., and ALAN GODDARD and ANNETTE GODDARD, | ) ) ) ) |
| **Defendants.** | ) ) ) |

### RESPONSE IN OPPOSITION OF DEFENDANTS ALAN AND ANNETTE GODDARD TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY

Defendants, ALAN and ANNETTE GODDARD ("GODDARD"), by and through undersigned counsel, hereby file their response in opposition to the Motion of Plaintiffs AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY (collectively, "Amerisure') for Leave to file a Sur-Reply Memorandum of Law [D.E. 125] and, in support thereof, state:

1. "Neither the Federal Rules of Civil Procedure nor the Local Rules of this Court contemplate the routine filing of briefs following the movant's reply." *See Fedrick v. Mercedes-Benz USA. LLC,* 366 F.Supp.2d 1190, 1197 (N.D. Ga.2005) (declining to permit sur-reply).

-1-

2. "To allow such surreplies as a regular practice would put the court in the position of refereeing an endless volley of briefs." *Garrison v. N.E. Ga. Med. Ctr., Inc.,* 66 F.Supp.2d 1336, 1340 (N.D.Ga.1999) (declining to permit surreply).

3. Rather, such filings will typically be accepted by the Court only in unusual circumstances, such as where a movant raises new arguments or facts in a reply brief. *Stephens v. Trust Fund For Public Land*, 475 F. Supp.2d 1299, 1303-04 (N.D. Ga. 2007).

4. No such unusual circumstances warranting the filing of a Sur-Reply are present in this case. Not only has the Court obtained full-briefing from Amerisure as to the Goddards' Cross-Motion for Summary Judgment, Amerisure has filed a complete, additional set of Memoranda (moving and reply papers) with respect to its own Motion for Summary Judgment.

5. Moreover, there is nothing new in the Goddards' Reply Memorandum of Law warranting the filing of a Sur-Reply. The Goddards' Reply was in response to arguments **raised by Amerisure** in its opposition papers to the Goddards' Motion. Nothing new was initiated, for the first time, by the Goddards on Reply.

6. Upon review of Amerisure's proposed Sur-Reply, it is apparent that Amerisure seeks only to provide the Court with its interpretation of cases cited by the Goddards, something this Court has previously held is not necessary by way of a Sur-Reply. *See Rosenbaum v. Becker & Poliakoff, P.A.*, 2010 WL 376309 at *8 (S.D. Fla. Jan. 26, 2010) (Marra, J.) (Leave to file Sur-reply denied because "[t]he Court does not require additional briefing for the sole purpose of understanding legal precedent.").

7. Under these circumstances, the preceding Eleventh Circuit doctrine, including this Court's own prior decisions, dictates that Amerisure's Motion for Leave to File a Sur-Reply should be denied.

Dated: August 25, 2010
Coral Springs, Florida

Respectfully submitted,

/s/_____
Scott N. Gelfand, Esq. (Florida Bar No. 0538711)
**SCOTT N. GELFAND, P.A.**
5501 University Drive, Suite 101
Coral Springs, FL 33067
Phone: (954) 255-7900
Fax: (954) 255-7905
scott@gelfandpa.com

*Counsel for Defendants Alan and Annette Goddard*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25th, 2010, I will electronically file the foregoing Response with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Josh Levy, Esq.
JOSEPH JACK
P.O. Box 330519
Miami, FL 33233-0519
Telephone: (305) 445-3800
Facsimile: (305) 448-5800
Counsel for Plaintiffs Amerisure Insurance Company and
Amerisure Mutual Insurance Company

Lysa M. Friedlieb, Esq.
SACHS SAX CAPLAN

6111 Broken Sound Parkway, N.W., Suite 200
Boca Raton, FL 33487
Telephone: (561) 994-4499
Facsimile: (561) 994-4985
Counsel for Defendant Albanese Popkin the Oaks Development, L.P.


/s/_____
Scott N. Gelfand, Esq. (Florida Bar No. 0538711)
SCOTT N. GELFAND, P.A.
5501 University Drive, Suite 101
Coral Springs, FL 33067
Phone: (954) 255-7900
Fax: (954) 255-7905
scott@gelfandpa.com

*Counsel for Defendants Alan and Annette Goddard*