UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81213-CIV- MARRA/JOHNSON

AMERISURE INSURANCE COMPANY, a
Michigan Corporation and AMERISURE
MUTUAL INSURANCE, a Michigan Corporation,

        Plaintiffs,

vs.

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, L.P., ALAN
GODDARD and ANNETTE GODDARD

        Defendants,
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's, Albanese-Popkin The Oaks Development Group, L.P., (hereinafter "Albanese") Motion to Compel Answers to First Request for Production and First Request for Admissions and Motion to Compel Regarding Privilege Log (D.E. #82). On August 12, 2010, the District Court entered an Order (D.E. #123) granting Plaintiffs' Motion to Stay Discovery pending a ruling on the parties' motions for summary judgment. In so ruling, the District Court noted that "[i]nsofar as the matters addressed in the parties' motions for summary judgment appear to be purely legal and case dispositive, it appears that future discovery is not presently necessary." *Id.* at p.3. In light of the foregoing, any ruling on the above-cited motion to compel must wait until after the Honorable Judge Marra rules on the pending motions for summary judgment. In accordance with the above and foregoing, it is hereby

**ORDERED AND ADJUDGED** that Albanese's Motion to Compel Answers to First

Request for Production and First Request for Admissions and Motion to Compel Regarding Privilege Log (D.E. #82) is **DENIED AS MOOT WITHOUT PREJUDICE AND WITH LEAVE TO RENEW** said motion once the District Court disposes of the presently pending summary judgment motions.

**DONE AND ORDERED** in Chambers this 8th day of September, 2010 at West Palm Beach, Florida..

Linnea R. Johnson
United States Magistrate Judge

cc	The Honorable Kenneth A. Marra
	All Counsel of Record