UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-cv-81213-CIV-MARRA

AMERISURE INSURANCE COMPANY, a
Michigan corporation and AMERISURE
MUTUAL INSURANCE COMPANY, a
Michigan corporation,

    Plaintiffs,

v.

ALBANESE POPKIN THE OAKS
DEVELOPMENT GROUP, L.P.; ALAN
GODDARD and ANNETTE GODDARD,

    Defendants.
_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that undersigned counsel at the law firm of Marlow, Connell, Abrams, Adler, Newman & Lewis, hereby gives notice of appearance as counsel for the Plaintiffs, AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, and requests that copies of all motions, notices and other pleadings heretofore and hereafter filed or served in this cause be furnished to the undersigned.

    Marlow, Connell, Abrams,
    Adler, Newman & Lewis
    *Attorneys for Plaintiffs,*
    *Amerisure Insurance Company and*
    *Amerisure Mutual Insurance Company*
    4000 Ponce de Leon Blvd., Suite 570
    Coral Gables, Florida 33146
    Tel: (305) 446-0500
    Fax:(305) 446-3667
    E-mail: jlevy@marlowconnell.com

    By: s/Josh Levy
    Josh Levy
    Fla. Bar Number 668311

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of September, 2010, I filed the foregoing document with the Clerk of the Court via electronic filing. I also certify that the foregoing document was served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

    Marlow, Connell, Abrams,
    Adler, Newman & Lewis
    *Attorneys for Plaintiffs,*
    *Amerisure Insurance Company and*
    *Amerisure Mutual Insurance Company*
    4000 Ponce de Leon Blvd., Suite 570
    Coral Gables, Florida 33146
    Tel: (305) 446-0500
    Fax:(305) 446-3667
    E-mail: jlevy@marlowconnell.com

    By: s/Josh Levy
    Josh Levy
    Fla. Bar Number 668311

**AMERISURE INSURANCE COMPANY AND AMERISURE MUTUAL INSURANCE CO. v. ALBANESE POPKIN THE OAKS DEVELOPMENT GROUP L.P., ALAN GODDARD AND ANNETTE GODDARD**

Case Number: 09-81213-CIV-MARRA/JOHNSON
United States District Court, Southern District of Florida

SERVICE LIST

---

Josh Levy, Esq.
E-mail: jlevy@marlowconnell.com
Marlow, Connell, Abrams,
Adler, Newman & Lewis
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, Florida 33146
Tel: (305) 446-0500
Fax:(305) 446-3667
*Attorneys for Plaintiffs*

Lew Jack, Esq.
Lnj@josephsjack.com
Josephs Jack
Post Office Box 330519
Miami, FL 33233-0519
Tel: (305) 445-3800
Fax: (305) 448-5800
*Attorneys for Plaintiffs*

Donald E. Elder, Esq.
Tressler, LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
Telephone: (312) 627-4186
Fax: (312) 627-1717
delder@tresslerllp.com
*Attorneys for Plaintiffs*

Lysa Friedlieb, Esq.
Sachs, Sax & Caplan
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, FL 33487
Telephone: (561) 994-4499
Fax: (561) 994-4985
lfriedlieb@ssclawfirm.com
*Attorney for Defendant, Albanese-Popkin*

Scott N. Gelfand, Esq.
Scott N. Gelfand, P.A.
5501 University Drive, Suite 101
Telephone: (954) 255-7900
Fax: (954) 255-7905
scott@gelfandpa.com
*Attorney for Defendants, Alan Goddard and Annette Goddard*