UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81213-CIV- MARRA/JOHNSON

AMERISURE INSURANCE COMPANY, a
Michigan Corporation and AMERISURE
MUTUAL INSURANCE, a Michigan Corporation,

       Plaintiffs,

vs.

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, L.P., ALAN
GODDARD and ANNETTE GODDARD

       Defendants,
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Motion to Strike Defendant's Reply to Response in Opposition to Plaintiffs' Sur-reply to Defendant's Motion to Stay (D.E. #105). On August 12, 2010, the District Court entered an Order (D.E. #123) granting Plaintiffs' Motion to Stay Discovery pending a ruling on the parties' motions for summary judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the above-stated Motion (D.E. #105) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers this 21st day of September, 2010 at West Palm Beach, Florida.

                                                    _____
                                                    Linnea R. Johnson
                                                    United States Magistrate Judge

cc    The Honorable Kenneth A. Marra
       All Counsel of Record