UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-81213-CIV-MARRA

AMERISURE INSURANCE COMPANY,
a Michigan corporation and AMERISURE
MUTUAL INSURANCE COMPANY,
a Michigan corporation,

    Plaintiffs,

vs.

ALBANESE POPKIN THE OAKS
DEVELOPMENT GROUP, L.P.,
ALAN GODDARD and ANNETTE
GODDARD,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** comes before the Court on Defendant Albanese Popkin the Oaks Development Group, L.P.'s, Motion to Strike Plaintiffs' Statement of Undisputed Facts in Support of Motion for Summary Judgment (DE 70).  The Court has carefully considered the motion, response in opposition, and reply, and is otherwise fully advised in the premises.

    By its motion, Defendant Albanese Popkin the Oaks Development Group, L.P., asks that the Court strike Plaintiffs' statement of undisputed facts in support of their motion for summary judgment on the basis that Plaintiffs failed to comply with the local rules and submitted an eleven-page statement of undisputed facts.

    Upon review, Defendant Albanese Popkin the Oaks Development Group, L.P.'s, Motion to Strike Plaintiffs' Statement of Undisputed Facts in Support of Motion for Summary Judgment (DE 70) is hereby **DENIED**.  In the course of ruling on the motion for summary judgment, the

Court will determine the propriety of considering the statement of undisputed facts.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of October, 2010.

_____
KENNETH A. MARRA
United States District Judge

copies to:
All counsel of record