UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMERISURE INSURANCE COMPANY, a )
Michigan corporation and AMERISURE )
MUTUAL INSURANCE COMPANY, a )
Michigan corporation, )
)
      Plaintiffs, )  CASE No. 9:09-cv-81213-KAM
)
      -vs- )
)
ALBANESE POPKIN THE OAKS )
DEVELOPMENT GROUP, L.P., ALAN )
GODDARD and ANNETTE GODDARD, )
)
      Defendants. )
_____ )

**PLAINTIFFS' SECOND NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiffs, AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY (herein collectively "Amerisure" or "Plaintiffs"), by and through undersigned counsel, and hereby submits this Second Notice of Filing Supplemental Authority in support of its Motion for Summary Judgment, and cites and appends the following authority:

*Essex Insurance Company v. Dixon, et al.*, 09-61755-Civ, 2010 WL 3746295 (S.D.Fla. Sept. 21, 2010) (granting insurance company's motion for summary judgment based upon application of the pollution exclusion, the court qualifies "hydrogen sulphide", *inter alia*, as a "pollutant" and rejects the assignees' contention that "odor" claims fall outside of the ambit of the pollution exclusion or renders the exclusion ambiguous.).

DATED this 23rd day of November, 2010.

                              Respectfully submitted,

                       By:  s/JOSH LEVY
                          JOSH LEVY
                          Florida Bar Number 668311
                          Marlow Connell Abrams
                          4000 Ponce de Leon Boulevard
                          Suite 570
                          Coral Gables, Florida 33146
                          Tel: (786) 999-1764
                          Fax: (305) 446-3667
                          E-mail: jlevy@marlowconnell.com
                          *Attorneys for Defendant, Amerisure Mutual Insurance Company*

Co-counsel:
Donald E. Elder, admitted *pro hac vice*
E-mail: delder@tresslerllp.com
Zhanna Rondel, admitted *pro hac vice*
E-Mail: zrondel@tresslerllp.com
Abraham Sandoval, admitted *pro hac vice*
E-Mail: asandoval@tresslerllp.com
TRESSLER LLP
233 South Wacker Drive
22nd Floor
Chicago, Illinois 60606-6308
(312) 627-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 23, 2010, the foregoing document is being served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Josh Levy
        Fla. Bar No. 668311
        Marlow Connell Abrams
        4000 Ponce de Leon Boulevard
        Suite 570
        Coral Gables, Florida 33146
        Tel: (786) 999-1764
        Fax: (305) 446-3667
        E-mail: jlevy@marlowconnell.com
        *Attorneys for Defendant, Amerisure Mutual Insurance Company*

        By: _s/JOSH LEVY_____
              JOSH LEVY
              Florida Bar Number 668311

**AMERISURE INSURANCE COMPANY AND AMERISURE MUTUAL INSURANCE CO. v. ALBANESE POPKIN THE OAKS DEVELOPMENT GROUP L.P., ALAN GODDARD AND ANNETTE GODDARD**

Case Number: 09-81213-CIV-MARRA/JOHNSON
United States District Court, Southern District of Florida

**SERVICE LIST**

Josh Levy, Esq.
E-mail: jlevy@marlowconnell.com
Marlow, Connell, Abrams,
Adler, Newman & Lewis
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, Florida 33146
Tel: (305) 446-0500
Fax:(305) 446-3667
*Attorneys for Plaintiffs*

Donald E. Elder, Esq.
Tressler, LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
Telephone: (312) 627-4186
Fax: (312) 627-1717
delder@tresslerllp.com
*Attorneys for Plaintiffs*

Lysa Friedlieb, Esq.
Sachs, Sax & Caplan
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, FL 33487
Telephone: (561) 994-4499
Fax: (561) 994-4985
lfriedlieb@ssclawfirm.com
*Attorney for Defendant, Albanese-Popkin*

Scott N. Gelfand, Esq.
Scott N. Gelfand, P.A.
5501 University Drive, Suite 101
Telephone: (954) 255-7900
Fax: (954) 255-7905
scott@gelfandpa.com
*Attorney for Defendants, Alan Goddard and Annette Goddard*

4