UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81213-CIV-MARRA

AMERISURE INSURANCE COMPANY, a
Michigan corporation and AMERISURE
MUTUAL INSURANCE COMPANY, a
Michigan corporation,

    Plaintiffs,

vs.

ALBANESE POPKIN THE OAKS
DEVELOPMENT GROUP, L.P., ALAN
GODDARD and ANNETTE GODDARD,

    Defendants.
_____/

FINAL JUDGMENT

    Based upon the Court's order entered this date granting Plaintiffs' Motion for Summary Judgment and denying Defendants' Motion for Summary Judgment, judgment is hereby entered in favor of Plaintiffs Amerisure Insurance Company and Amerisure Mutual Insurance Company and against Defendants Albanses Popkin the Oaks Development Group, L.P., and Alan Goddard and Annette Goddard.  Defendants shall take nothing from this action.  Plaintiffs are not obligated under the policies of insurance in question to either defend or indemnify Albanese Popkin the Oaks Development Group, L.P. in connection with the lawsuit brought by Alan Goddard and Annette Goddard against Albanese Popkin the Oaks Development Group, L.P., Case No. 50 2009 CA 5XXXX MB, Circuit Court of the Fifteenth Judicial Circuit in and for

Palm Beach County, Florida.

The Clerk shall close this case. All pending motions are denied as moot.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of November, 2010.

                                                  KENNETH A. MARRA
                                                  United States District Court